UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK NIJ BOCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01765-AWI-BAM PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDER<br><br>(ECF Nos. 1, 2) |

On November 1, 2013, Plaintiff Erick Nij Boch filed what was construed as a civil rights complaint. The complaint was not signed and it set forth no intelligible claims for relief. As the Court cannot consider unsigned filings, the Court struck the complaint from the record on November 5, 2013, and ordered Plaintiff to file a signed complaint within thirty days. The Court also ordered Plaintiff to file a motion seeking leave to proceed in forma pauperis or pay the $400.00 filing fee in full within thirty days. The Court warned Plaintiff that his failure to comply would result in dismissal of this action. More than thirty days have passed and Plaintiff has not complied with the Court's order or otherwise responded to the Court.[1]

---

[1] Plaintiff appealed the Court's order striking the complaint. On December 20, 2013, the Ninth Circuit Court of Appeals found the appeal insubstantial and would not allow it to proceed. (ECF No. 6)

1

A civil action may not proceed absent the submission of a pleading and either an application to proceed in forma pauperis or the filing fee. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3. Due to Plaintiff's failure to respond to the Court's order to submit a signed complaint and either an application to proceed in forma pauperis or the filing fee, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:  January 2, 2014                           _____
                                                   SENIOR DISTRICT JUDGE